Rev: 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.	Criminal No.	18-244

	Category	B

ERICK VALENCIA-SALAZAR

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 03/05/2019 from Judge James Boasberg to Calendar Committee by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge James Boasberg & Courtroom Deputy
Calendar Committee
U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk