# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 18-00244 (JEB)** |
| | : | |
| | : | **TO BE FILED UNDER SEAL** |
| **v.** | : | |
| | : | |
| | : | |
| **ERICK VALENCIA SALAZAR,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and the Government shall take notice that the undersigned will be representing defendant ERICK VALENCIA SALAZAR in the above-captioned matter:

> BONNIE S. KLAPPER, Esq.
> 2 Main Street #124
> Sag Harbor, NY 11963
> Tel: (516) 721-0010
> Email: bonniesklapper@bskesq.com
> DC Bar No.1014089
>
> DANIELA POSADA, Esq.
> 12889 Hyland Circle
> Boca Raton, FL 33428
> Tel: (561) 929-6482
> Email: dposada1@fau.edu
> DC Bar No.1531178

    I HEREBY CERTIFY that a true copy of the foregoing instrument was furnished to Trial Attorneys Douglas Meisel and Lernik Begian via email and ECF on this 2nd day of April 2025.

                                            By: /S/ *Bonnie S. Klapper*
                                                Bonnie S. Klapper, Esq.