### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Criminal No. 18-00244 (JEB) |
| | : |
| v. | : |
| | : **MOTION TO CONTINUE** |
| | : **STATUS CONFERENCE** |
| **ERICK VALENCIA SALAZAR,** | : |
| | : |
| Defendant. | : |

Comes now the defendant ERICK VALENCIA SALAZAR ("defendant"), by and through undersigned counsel, and respectfully files this motion requesting that the status conference in this matter, currently scheduled for October 8, 2025, be adjourned to a date in late October 2025 or early November 2025 for the reasons set forth below.

The defendant is charged with the crime of international drug trafficking in violation of, among other statutes, 21 U.S. Section 959. He was expelled from Mexico to the United States and made his first appearance before the U.S. Magistrate on February 28, 2025. He has appeared at two status conferences before this Court, on April 3, 2025 and July 10, 2025. At the July 10, 2025 status conference, this Court set a new status conference date for October 8, 2025.

The parties have been negotiating in good faith and plea negotiations are ongoing. Counsel continues to review discovery with the defendant and discuss a variety of options to dispose of the case without trial.

Unfortunately, one of the undersigned counsel, attorney Bonnie S. Klapper, has a sentencing currently set in the Eastern District of New York on October 8, 2025. Co-counsel Daniela Posada is pregnant and is due on October 6, 2025. Because of the unavailability of counsel, the defendant respectfully requests that this matter be adjourned to a date convenient to the Court in late October or early November (other than October 27, 2025 as counsel has a medical procedure schedule for that date). The government has informed defense counsel that it has no objection to this request.

Defense counsel has advised the defendant of his right to a speedy trial pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The defendant consents to the exclusion from the speedy trial clock of the time from October 8, 2025 to the date set by this Court for the next status. The parties agree that this continuance would serve the ends of justice,

Thus, for the reasons set forth above, the defendant respectfully requests that the status conference be continued to a date convenient to the Court in late October or early November 2025.

Dated: August 20, 2025

        Respectfully submitted,

        /S/Bonnie S. Klapper_____
        BONNIE S. KLAPPER, Esq.
        2 Main Street #124
        Sag Harbor, N.Y. 11963
        Email: bonniesklapper@bskesq.com

        /S/ Daniela Posada_____
        1200 N. Federal Highway, Suite 200
        Boca Raton, FL 33432
        Fla. Bar #118384
        Email: Dposada1@fau.edu

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing instrument was filed via ECF and also emailed to Trial Attorneys Lernik Douglas Meisel and Lernik Begian via email on this 20th date of August 2025.

_____
BONNIE S. KLAPPER, Esq.