IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 18-00244 (JEB) |
| | : | |
| **v.** | : | **PROPOSED ORDER** |
| | : | |
| **ERICK VALENCIA SALAZAR,** | : | |
| **Defendant.** | : | |

### ORDER

Upon the Motion by Defense Counsel for a continuance of the status conference date and to exclude time under the Speedy Trial Clock, and no objection from the government, it is hereby:

**ORDERED** that the status conference, currently set for October 8, 2025 is vacated;

**ORDERED** that the new status conference be set for _____, 2025; and

**ORDERED** that, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv), the Speedy Trial time is excluded from October 8, 2025 to _____, 2025 in the interests of justice, and those interests outweigh the interests of the public and the defendant to maintain continuity of counsel and to give the parties additional time to negotiate a disposition of the case. A failure to grant such a continuance may result in a miscarriage of justice and would deny the parties

reasonable time for effective preparation, taking into account the exercise of due diligence.

Dated: August \_\_\_\_, 2025

_____
The Honorable James E. Boasberg
Chief Judge for the District Court for
the District of Columbia