UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK VALENCIA-SALAZAR,<br><br>   also known as "El 85," "Ochenta y Cinco," "Erick," "Eric," "Erik," "Commandante," "Commander," "Matazeta," and "Mono,"<br><br>   Defendant. | CRIMINAL NO. 18-CR-244 (JEB) |

### NOTICE OF APPEARANCE

The United States of America, by and through the Acting Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Kaitlin Sahni, Trial Attorney of the Narcotic and Dangerous Drug Section, enters her appearance as an attorney for the Government.

                                              Respectfully Submitted,

                                              NHAN NGUYEN, Acting Chief
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              United States Department of Justice

By:    */s/Kaitlin Sahni*
                Kaitlin Sahni
                Trial Attorney
                Narcotic and Dangerous Drug Section
                Criminal Division
                U.S. Department of Justice
                1400 New York Avenue, N.W.
                Washington, D.C. 20530
                Tel.:   (771) 241-0360
                Email: Kaitlin.Sahni2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 10th day of October 2025.

                                                      */s/ Kaitlin Sahni*
                                                      Kaitlin Sahni
                                                      Trial Attorney
                                                      Narcotic and Dangerous Drug Section
                                                      Criminal Division
                                                      Department of Justice