**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: Criminal No.  18-00244 (JEB)** |
| | **:** |
| | **:** |
| **v.** | **: UNOPPOSED** |
| | **: MOTION TO CONTINUE** |
| | **: STATUS CONFERENCE** |
| **ERICK VALENCIA SALAZAR,** | **:** |
| | **:** |
| **Defendant.** | **:** |

Comes now the defendant  ERICK VALENCIA SALAZAR ("defendant"), by and through undersigned counsel, and respectfully files this motion requesting that the status conference in this matter, currently scheduled for January 28, 2026, be adjourned to a date in late February 2026 or early March 2026 for the reasons set forth below.

The defendant is charged with the crime of international drug trafficking in violation of, among other statutes, 21 U.S. Section 959.  He was expelled from Mexico to the United States and made his first appearance before the U.S. Magistrate on February 28, 2025.  He has appeared at three status conferences before this Court, on April 3, 2025, July 10, 2025 and October 8, 2025.   At the October 8, 2025 status conference, this Court set a new status conference date for January 28, 2026.

The parties have been negotiating in good faith and plea negotiations are ongoing.   On November 26, 2025, the government notified defense counsel that the defendant was transferred to the Federal Detention Center in Philadelphia, Pennsylvania.  Counsel immediately submitted the documents necessary to

approve visitation by counsel and investigators.  Approval of visitation is pending, complicated by the fact that the defendant remains under SAMs restrictions and is being held in the Special Housing Unit.  Until visitation is approved, counsel and the investigators cannot meet with the defendant.  It is for this reason that counsel requests the approximately one-month adjournment of the status conference.

The government has informed defense counsel that it has no objection to this request.

Defense counsel has advised the defendant of his right to a speedy trial pursuant to Title 18, United States Code, Section 3161(h)(7)(A).  The defendant consents to the exclusion from the speedy trial clock of the time from January 28, 2026 to the date set by this Court for the next status.  The parties agree that this continuance would serve the ends of justice,

Thus, for the reasons set forth above, the defendant respectfully requests that the status conference be continued to a date convenient to the Court in late February or early March  2026.

Dated:  December 5, 2026

Respectfully submitted,

/S/Bonnie S. Klapper_____
BONNIE S. KLAPPER, Esq.
2 Main Street #124
Sag Harbor, N.Y. 11963
Email: bonniesklapper@bskesq.com

/S/ Daniela Posada_____
1200 N. Federal Highway, Suite 200
Boca Raton, FL 33432
Email: Dposada1@fau.edu

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was filed via ECF and also emailed to Trial Attorney Kaitlin Sahni on this 5th day of December 2025.

_____
BONNIE S. KLAPPER, Esq.