**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**v.**

**ERICK VALENCIA-SALAZAR,**
**also known as "El 85," "Ochenta y Cinco," "Erick," "Eric," "Erik," "Commandante," "Commander," "Matazeta," and "Mono,"**

**Defendant.**

**CASE NO. 18-CR-244 (JEB)**

# JOINT MOTION TO CONTINUE SENTENCING

The United States of America ("Government") and Defendant Erick Valencia-Salazar ("Defendant"), by and through the undersigned counsel (the "parties"), hereby request that the Court continue the sentencing hearing scheduled for November 30, 2026.

On April 7, 2026, the Defendant pleaded guilty, and since that time, the parties have begun preparing for sentencing. However, the parties request additional time to gather information needed prior to proceeding to sentencing. Accordingly, the parties jointly request that the Defendant's sentencing date be reset 120 days to March 30, 2027.

Respectfully submitted this 19th day of November, 2026 by:

MARGARET A. MOESER
Chief
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice

By: /s/ *Bonnie S. Klapper*
Bonnie S. Klapper, Esq.
Counsel for Erick Valencia-Salazar
2 Main Street #124
Sag Harbor, New York 11963
Tel: (516) 721-0010
Email: bonniesklapper@bskesq.com

By: /s/ *Kaitlin Sahni*
Kaitlin Sahni
Trial Attorney
Money Laundering, Narcotics, and Forfeiture Section
Criminal Division
U.S. Department of Justice
1400 New York Ave. NW, 3rd Floor
Washington, DC 20530
Tel: (771) 241-0360
Email: Kaitlin.Sahni@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record, this 19th day of November 2026.

*/s/ Kaitlin Sahni*
Kaitlin Sahni
Trial Attorney